IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Victor Edward Hobbs – #080191

                                                        /

No. C 13-80180 WHA

**ORDER OF SUSPENSION**

      Because Victor Hobbs has failed to respond to the order to show cause, Mr. Hobbs' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE